## GODWIN v. SANDERS.

No. 9063. FEBRUARY 20, 1933.

*W. H. Duckworth, M. L. Ledford,* and *G. L. Worthy,* for plaintiff in error.

*S. P. Cain,* contra.

PER CURIAM. Upon the issue made by the filing of a caveat to an application to probate a will a verdict was returned in favor of the caveatrix, after which the propounder moved for a new trial, which the court denied, and the movant excepted. The motion contained the general grounds, and a number of special grounds complaining of the admission of evidence. Upon a careful considera-

tion of the record, this court is of the opinion that the evidence was sufficient to authorize the verdict, and that none of the special grounds of the motion for a new trial disclose such error as to require a reversal of the judgment overruling it.

*Judgment affirmed. All the Justices concur.*

RUSSELL, C. J., concurs in the result.